THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ROCCO NARTINO, Appellant. THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ANTHONY CAMMARANO, Appellant.— Judgments of the County Court of Kings county, convicting the defendants of the crime of robbery in the first degree, unanimously affirmed. No opinion. Appeal from sentences dismissed. Present — Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v. RAYMOND WEED, Respondent.— Order dismissing indictments charging defendant with the crime of grand larceny in the second degree affirmed. Incompetent and illegal evidence was presented to the grand jury; and when that is struck out, there remains insufficient evidence to warrant the finding of the indictments. Lazansky, P. J., Hagarty, Davis, Johnston and Taylor, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. PRESIDENT & DIRECTORS OF THE BANK OF MANHATTAN COMPANY, as Trustee under the Will of WM. B. HARMAN for HARMAN FOUNDATION, INC., Respondent, v. WILLIAM STANLEY MILLER and Others, as Commissioners of Taxes and Assessments of the City of New York, Appellants. (Taxes 1935.) — Final order confirming the report of the official referee in a certiorari proceeding and reducing assessment unanimously affirmed, with fifty dollars costs and disbursements. In our opinion there was no basis for the referee's criticism of defendants-appellants' counsel. Present — Lazansky, P. J., Hagarty, Davis, Johnston and Taylor, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JEREMIAH RYAN, Appellant, v. LEWIS E. LAWES, as Warden of Sing Sing Prison, Ossining, N. Y., Respondent.— On the return of a writ of habeas corpus it appeared that the relator had been sentenced to prison for an indeterminate term, the maximum time limit of which was April 18, 1935. He was paroled April 28, 1928. In August, 1932, his parole was revoked as of March, 1932. He was not apprehended until December, 1936, after the maximum time limit of his sentence had passed, and under a warrant other than the one issued in connection with his delinquency for which his parole was revoked in August, 1932. The writ was dismissed at Special Term and the prisoner remanded. Order affirmed. Lazansky, P. J., Hagarty, Davis, Johnston and Taylor, JJ., concur.

RIVERHEAD SAVINGS BANK, Respondent, v. CATHERINE V. FARRELLY, MARY R. FARRELLY, AGNES FARRELLY, Also Known as AGNES M. FARRELLY, and CECILIA O'KEEFE, Appellants, and Others, Defendants.— Order striking out the answer of the appealing defendants and granting plaintiff summary judgment unanimously affirmed, with ten dollars costs and disbursements. Order denying said defendants' motion to vacate plaintiff's notice of motion affirmed, with ten dollars costs. No opinion. Lazansky, P. J., Hagarty, Davis, Johnston and Taylor, JJ., concur.